**Order entered November 14, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01015-CV

**IN RE GENE E. PHILLIPS, Relator**

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05268-A**

## ORDER
Before Justices Bridges, Myers, and Whitehill

Based on the Court's opinion of this date, we **GRANT** relator's motion to dismiss due to settlement and **DISMISS** this original proceeding. We **ORDER** relator to bear the costs, if any, of this original proceeding.

/s/    BILL WHITEHILL
        JUSTICE